EF 10/8/08

KAPLAN FOX & KILSHEIMER LLP
WILLIAM J. PINILIS
160 Morris Street
Morristown, NJ 07960
Telephone: 973/656-0222
973/401-1114 (fax)

KAPLAN FOX & KILSHEIMER LLP
LAURENCE D. KING
LINDA M. FONG
LOUIS A. KESSLER
350 Sansome Street, Suite 400
San Francisco, CA 94104
Telephone: 415/772-4700
415/772-4707 (fax)

COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
JOHN J. STOIA, JR.
RACHEL L. JENSEN
THOMAS J. O'REARDON II
655 West Broadway, Suite 1900
San Diego, Ca 92101
Telephone: 619/231-1058
619/231-7423 (fax)

Attorneys for Plaintiffs and Interim Co-Lead Class Counsel

[Additional counsel appear on signature page.]

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEW JERSEY

| | |
|---|---|
| JAIME BERRY and CHRIS DOERING, on Behalf of Themselves and All Others Similarly Situated, <br><br> Plaintiffs, <br><br> vs. <br><br> MEGA BRANDS, INC., et al., <br><br> Defendants. | No. 2:08-cv-1750 <br><br> <u>CLASS ACTION</u> <br><br> CONSENT ORDER FOR THE *PRO HAC VICE* ADMISSION OF JACK REISE |

THIS MATTER having been brought before the Court by way of application of the plaintiffs, by and through their attorneys, Coughlin Stoia Geller Rudman & Robbins LLP, seeking to admit Jack Reise to appear and participate in this action *pro hac vice*; and the Court having considered the Affidavit of Jack Reise, and it appearing that defendants' counsel has consented to the proposed *pro hac vice* admission, for good cause shown pursuant to L. Civ. R. 101.1(c);

IT IS on this 7 day of Oct, 2008,

ORDERED as follows:

1. Jack Reise is permitted to appear *pro hac vice* in the above-captioned matter pursuant to Local Rule 101.1(c) provided, however, that all pleadings, briefs and other papers filed with the Court shall be signed by William J. Pinilis, a member in good standing of the bar of the Supreme Court of New Jersey and of this Court, who shall be responsible for said papers and for the conduct of the case and who shall be present before the Court during all phases of this proceeding, unless expressly excused by the Court, as well as be held responsible for the conduct of the attorney admitted *pro hac vice* pursuant to this Order;

2. Jack Reise shall pay the annual fee of $186.00 due the New Jersey Lawyers' Fund for Client Protection in accordance with New Jersey Court Rule 1:28-2(a) and pursuant to L. Civ. R. 101.1(c)(2) within 20 days from the date of the entry of this Order;

3. Jack Reise shall furnish upon this Court his original Affidavit and a Certificate of Good Standing within 20 days;

4. Jack Reise shall be bound by the General and Admiralty Rules of the United States District Court for the District of New Jersey, including, but not limited to, the provisions of L. Civ. R. 103.1, Judicial Ethics and Professional Responsibility, and L. Civ. R. 104.1, Discipline of Attorneys; and

5. Jack Reise shall take no fee in any tort case in excess of New Jersey Court Rule 1:21-7 governing contingent fees.

DATED: _____    _____
                          THE HONORABLE

We hereby consent to the form, substance and entry of this Order.

| KAPLAN FOX & KILSHEIMER LLP | KASOWITZ BENSON TORRES & |
| WILLIAM J. PINILIS | FRIEDMAN LLP |
| | ZACHARY MAZIN |

_____          Zachary Mazin by permission
WILLIAM J. PINILIS (WJP2130)     _____
                                 ZACHARY MAZIN

160 Morris Street                1633 Broadway
Morristown, NJ 07960             New York, NY 10019
Telephone: 973/656-0222          Telephone: 212/506-1700
973/401-1114 (fax)               212/506-1800 (fax)

Attorneys for Plaintiff          Attorneys for Defendants

S:\CasesSD\Mega Brands\ORD 00053547_JR.doc